IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 19 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01304-ZLW

CLOVIS CARL GREEN, JR.,

    Plaintiff,

v.

JAMES E. ABBOTT,

    Defendant.

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff Clovis Carl Green, Jr., filed *pro se* on June 29, 2007, a motion in which he asks the Court to reconsider the June 20, 2007, dismissal of this action, to declare the Prison Litigation Reform Act unconstitutional, and to provide him with an evidentiary hearing. In the Order and Judgment of Dismissal filed on June 20, 2007, the Court dismissed the instant action without prejudice.

The Court must construe the June 29, 2007 motion to reconsider liberally because Mr. Green is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243

(10th Cir. 1991). Mr. Green filed the motion to reconsider within ten days after the Order and Judgment of Dismissal. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). **See Van Skiver**, 952 F.2d at 1243.

In the June 20, 2007, order, the Court denied Mr. Green leave to proceed pursuant to 28 U.S.C. § 1915(g) (2006) because: (1) he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted; and (2) he fails to establish that he is under imminent danger of serious physical injury. The Court dismissed the complaint and the action without prejudice because Plaintiff failed to pay the filing fee and because his complaint, which was single-spaced, not double-spaced, failed to comply with D.C.COLO.LCivR 10.1E.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Green fails to demonstrate the existence of any circumstances that would justify a decision to vacate the order of dismissal. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion to reconsider filed *pro se* on June 29, 2007, by Plaintiff Clovis Carl Green, and which the Court has treated as a motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e), is denied. It is

FURTHER ORDERED that the remaining motions to declare the Prison Litigation Reform Act unconstitutional and to provide Mr. Green with an evidentiary hearing are denied.

DATED at Denver, Colorado, this 19 day of July, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01304-BNB

Clovis Carl Green
Prisoner No. 69277
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on   7/19/07  .

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk