IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 24 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01304-ZLW

CLOVIS CARL GREEN, JR.,

      Plaintiff,

v.

JAMES E. ABBOTT,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      This matter is before the Court on the letters that Plaintiff Clovis Carl Green, Jr., submitted to and filed with the Court on August 20 and 22, 2007. In the August 20 letter, he contends that he is unable to pursue the instant appeal because his case manager will not provide him with a certified copy of his trust fund account statement for the six-month period immediately preceding this appeal. In the August 22 letter, he asks for the dismissal of the instant action and for extra copies of the Court-approved form for filing a Prisoner Complaint.

      Mr. Green's contention that his case manager will not provide him with a trust fund account statement is insufficient for the Court to waive the requirement that he submit such a statement. If Mr. Green is being denied a certified account statement, he must submit documentation from his case manager or other appropriate prison official demonstrating the reasons for the denial. He will be allowed **twenty (20) days from the date of this minute order** in which to submit either the required certified copy of his trust fund account statement or documentation showing the reasons he is being denied a certified copy. The United States Court of Appeals for the Tenth Circuit will be notified if he fails to do so within the time allowed.

      Mr. Green's August 22 letter is confusing because the instant action was dismissed in an order filed on June 20, 2007. If Mr. Green intended to dismiss the instant appeal, he needs to make that request clear to the Court. The clerk of the Court will be directed to mail to Mr. Green, together with a copy of this minute order, a copy of the Court-approved form for filing a Prisoner Complaint.

Dated: August 24, 2007

Copies of this **Minute Order and a Prisoner Complaint form** mailed on August 24, 2007, to the following:

Clovis C. Green, Jr.
Doc# 69277
CTCF
PO Box 1010
Cellhouse 7
Canon City, CO 81215

_____
Secretary/Deputy Clerk